**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-22597-CV-WILLIAMS**

RANGERS INTERNATIONAL
FOOTBALL CLUB PLC,

     Plaintiff,

v.

KRF CAPITAL, LLC,

     Defendant.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 38) ("***Report***") on Defendant's Motion for Attorneys' Fees (DE 32) ("***Motion***"). In the Report, Magistrate Judge Sanchez recommends that the Court deny Defendant's Motion. (DE 38 at 1.) No Party filed objections to the Report and the time to file objections has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

    1.  The Report (DE 38) is **AFFIRMED AND ADOPTED**.

    2.  Defendant's Motion (DE 32) is **DENIED**.

    **DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>11th</u> day of September, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE